IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

ROBERT LEWIS,                        )
                                     )
        Plaintiff,                   )
                                     )
    v.                               )    1:17CV987
                                     )
HOKE COUNTY, et al.,                 )
                                     )
        Defendant(s).                )

**ORDER**

On October 2, 2019, the United States Magistrate Judge's Memorandum Opinion and Recommendation was filed and notice was served on the parties pursuant to 28 U.S.C. § 636. (Docs. 50, 51.) No objections were filed within the time limits prescribed by Section 636.

Therefore, the court need not make a de novo review and the Magistrate Judge's Recommendation is hereby adopted.

**IT IS THEREFORE ORDERED** that Defendants' Motions to Set Aside Entry of Default, (Docs. 36, 41), are **GRANTED** and that the Entry of Default, (Doc. 29), is **SET ASIDE**.

**IT IS FURTHER ORDERED** that Plaintiff's Motion for Default Judgment, (Doc. 32), **DENIED.**

This the 25th day of October, 2019.

                                  _____
                                       United States District Judge